| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | HEATHER PHILLIPS |
| | Certified Law Clerk |
| 4 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 5 | Tel: 916-498-5700/Fax 916-498-5710 |
| | linda.allison@fd.org916-498-5700/Fax 916-498-5710 |
| 6 | |
| 7 | Attorney for Defendant |
| | RAYMOND Y. MORALES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-PO-00137-DB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE SENTENCING |
| vs. | ) | |
| | ) | Date: March 7, 2017 |
| RAYMOND Y. MORALES, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Deborah Barnes |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT ARTUZ, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA ALLISON, attorney for defendant RAYMOND MORALES that the Court vacate the sentencing date of March 7, 2017, and set a new sentencing date on March 21, 2017 at 10:00 a.m.

The continuance is being requested to allow the defense additional time to receive discovery from the government, review mitigating evidence, have an opportunity to respond to the government's sentencing memorandum filed on March 3, 2017, and further prepare for sentencing.

/ / /

/ / /

Dated: March 6, 2016

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ LINDA C. ALLISON*
        LINDA C. ALLISON
        Assistant Federal Defender
        Attorney for Defendant
        RAYMOND Y. MORALES

DATED: March 6, 2016        Phillip A. Talbert
        United States Attorney

        */s/ Robert Artuz*
        ROBERT ARTUZ
        Special Assistant U.S. Attorney
        Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the March 7, 2017 sentencing hearing shall be continued to March 21, 2017 at 10:00 a.m.

Dated: March 7, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE