HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
ZENA OZEIR
Certified Law Student
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
RAYMOND MORALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>RAYMOND MORALES,<br><br>               Defendant. | CASE NO. 2:17-CR-00085-MCE<br><br>STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE HEARING<br><br>DATE: August 17, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled this matter for a hearing on the defendant's appeal from magistrate court on August 17, 2017.

2. The parties are still in the process of reviewing transcripts and preparing appeal briefing and seek additional time to file their respective appeal briefs.

3. By this stipulation, the parties now jointly move to modify the briefing schedule and continue the appeal hearing as follows:

///

///

| Event | Old Date | New Date |
|---|---|---|
| Deadline to file appeal brief | August 2, 2017 | August 9, 2017 |
| Opposition to appeal brief | August 23, 2017 | August 30, 2017 |
| Reply to opposition | N/A | September 6, 2017 |
| Appeal hearing | August 17, 2017 | September 21, 2017 at 10 a.m. |

IT IS SO STIPULATED.

Dated:  July 20, 2017

/s/ *Linda Allison*
LINDA ALLISON
Chief Assistant Federal Defender
ZENA OZEIR
Certified Law Student

Counsel for Defendant
RAYMOND MORALES

Dated:  July 20, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

### ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It is hereby ordered that the briefing schedule is continued as set forth above.

IT IS SO ORDERED.

Dated:  July 24, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE