UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAYMOND Y. MORALES,<br><br>Defendant. | No. 2:17-PO-0137 DB<br><br>ORDER |

Defendant Raymond Y. Morales was issued a citation at Camp Pendelton, California, in the Southern District of California, for driving on a suspended license on August 16, 2016. (ECF No. 1.) In November of 2016, the case was transferred to the Eastern District of California. In February of 2017, defendant appeared before the undersigned and pled guilty. The matter was then set for sentencing. However, because the court does not have jurisdiction over this matter, the court ordered that defendant's guilty plea be voided and that the matter be transferred back to the Southern District of California. (ECF No. 12.)

Defendant appealed the petition (ECF No. 13) and a stipulated order concerning a briefing and hearing schedule was entered by United States District Judge Morrison C. England, Jr. (ECF No. 19.) The order voiding the guilty plea and transferring the case was stayed pending the appeal. (ECF No. 12.) On August 9, 2017, defendant filed a motion to withdraw his appeal. (ECF No. 20.) It is unnecessary to seek the court's permission to withdraw the appeal;

accordingly, the court acknowledges and accepts the motion as a notice of withdrawal.

Therefore, the motion (ECF No. 20) shall be terminated, the appeal is now moot, and the stay on the order voiding the guilty plea and transferring the case is now lifted.  The Clerk is directed to transfer this case back to the Southern District of California for all further proceedings.

IT IS HEREBY ORDERED that:

(1)     Defendant's motion (ECF No. 20) to withdraw his appeal is terminated;

(2)     The court accepts defendant's withdrawal of his appeal and terminates all further proceedings concerning the appeal in the Eastern District of California;

(3)     The stay imposed on the order (ECF No. 12) voiding defendant's guilty plea and transferring the case back to the Southern District of California is lifted;

(4)     Defendant's guilty plea is voided per the court's previous order (ECF No. 12); and

(5)     The Clerk is directed to transfer this case back to the Southern District of California for all further proceedings.

Dated:  August 11, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

TIM - DLB:10
ORDERS / ORDERS.CRIMINAL / mora0137.withdraw.appeal